

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PEDRO GONZALEZ, on behalf of
himself and others similarly situated,

    Plaintiff,

vs.

CASE NO. 6:18-cv-504-ORL-40GJK

CAR WASH HEADQUARTERS,
INC., d/b/a MISTER CAR WASH[1], a
Foreign Profit Corporation and
JEFFREY BURR,

    Defendant.

## NOTICE OF REMOVAL

Defendants CAR WASH HEADQUARTERS, INC., d/b/a MISTER CARWASH, a Foreign Profit Corporation ("Mister Carwash" or "Defendant"), and JEFFREY BURR ("Burr") (collectively "Defendants), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, respectfully file this Notice of Removal giving notice that they are removing this civil action to the United States District Court for the Middle District of Florida, Orlando Division. In support of this Notice of Removal, Defendants state as follows:

### PROCEDURAL ALLEGATIONS

1. On or about March 1, 2018, Plaintiff filed a Complaint in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida entitled *Pedro*

---

[1] The d/b/a of Defendant Car Wash Headquarters, Inc., was improperly named as "Mister Carwash" instead of "Mister Car Wash" and will work with counsel for Plaintiff to have this corrected.

*Gonzalez, on behalf of himself and others similarly situated, v. Car Wash Headquarters, Inc., d/b/a Mister Carwash, a Foreign Profit Corporation* designated Case No. 2018-CA-00055916L (hereafter referred to as the "State Court Action").

2. On March 6, 2018, Defendant Mister Car Wash was served with Plaintiff's Summons, Complaint and discovery and Defendant Burr was served on March 9, 2018. A copy of the executed Service of Process for each Defendant reflecting service is attached hereto as **Exhibit "A."**

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within thirty-days (30) from the date on which summons was deemed effectively served. *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

4. A true and legible copy of all pleadings and other papers or exhibits of every kind on file in the State Court Action are attached hereto as **Exhibit "B."** The judge presiding over the State Court Action has not entered any orders. There are no pending motions.

## FEDERAL QUESTION AND SUPPLEMENTAL JURISDICTION

5. Removal is appropriate in this case based on federal question jurisdiction. Plaintiff's Complaint alleges violations of 29 U.S.C § 201 *et seq.*, specifically §§ 206(a), 207(a) and § 203(m) ("FLSA"). *See* Plaintiff's Complaint ¶¶ 98-0107. Thus, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(a), in that it presents a "general federal question."

2

6. The District and Division embracing the place where such action is pending is the United States District Court for the Middle District of Florida, Ocala Division. *See* 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written Notice of the Removal to the Plaintiff in this action and has filed a copy of this Notice of Removal in the Eighteenth Circuit Court of Seminole County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit "C."**

8. The required filing fee of $400 and an executed civil cover sheet accompany this Notice.

WHEREFORE, Defendants respectfully remove this action, pending in the Eighteenth Circuit Court of Seminole County, Florida to the United States District Court in the Middle District Court of Florida, Orlando Division.

Dated this 3rd day of April, 2018.

Respectfully submitted,

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue, Suite 1250
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

By: /s/ Nancy A. Johnson
Kimberly Doud
Florida Bar No.: 0523771
Email: kdoud@littler.com

Nancy A. Johnson
Florida Bar No.: 0597562
Email: najohnson@littler.com

Attorneys for Defendants

3

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 3rd day of April, 2018, a correct copy of the foregoing has been furnished via electronic mail to the following: Jay P. Lechner, Esq., Whittel & Melton, LLC, One Progress Plaza, 200 Central Avenue, #400, St. Petersburg, FL 33701, pleadings@FLlawfirm.com; lechneri@theFLlawfirm.com; Sonia@theFLlawfirm.com.

                                          /s/ Nancy A. Johnson
                                          Nancy A. Johnson