UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PEDRO GONZALEZ and DANIELLE
HERSLEBS on behalf of
themselves and others similarly situated,

    Plaintiff,

v.                                                      Case No.: 6:18-cv-504-PGB-GJK

CAR WASH HEADQUARTERS, INC.
d/b/a MISTER CARWASH, a Foreign
Profit Corporation and JEFFREY BURR,

    Defendants.
_____/

## NOTICE OF FILING ANSWER TO COURT INTERROGATORIES

PEDRO GONZALEZ, pursuant to the Court's Scheduling Order (Doc. 14), hereby answers the Court's Interrogatories and declares under penalty of perjury, as follows:

## COURT'S INTERROGATORIES TO PLAINTIFF

**1. During what period of time were you employed by the Defendant?**

**ANSWER:** Plaintiff was employed by the Defendant, CAR WASH HEADQUARTERS, INC. d/b/a MISTER CARWASH, a Foreign Profit Corporation and JEFFREY BURR, ("Mister Carwash") from January 2014 through April 11, 2017.

**2. Who was your immediate supervisor?**

**ANSWER:** Jeff Burr.

**3. Did you have a regularly scheduled work period? If so, specify.**

**ANSWER:** Plaintiff worked a regular full time schedule.

**4. What was your title or position? Briefly describe your job duties.**

**ANSWER:**   Plaintiff's Job Title was, Lead Customer Service Associate ("CSA").

**5. What was your regular rate of pay?**

**ANSWER:**   Plaintiff's regular rate of pay was $8.50 per hour.

**6. Provide an accounting of your claim, including:**

   **(a) dates** Plaintiff was employed by the Defendant from January 2014 through April 11, 2017.

   **(b) regular hours worked** Plaintiff worked a regular 40 hour work week.

   **(c) over-time hours worked** Plaintiff worked approximately 500 hours of overtime for the last 30 months. He averaged 10 hours per week of overtime.

   **(d) pay received versus pay claimed** See Below.

   **(e) total amount claimed** See Below

**ANSWER:**

   500 hours overtime x $12.75 rate for overtime = $6,375.00

   Liquidated damages = $6,375.00

   Total minimum due = $12,750.00

**7. When did you (or our attorney) first complain to your employer about alleged violations of the FLSA?**

**ANSWER:**   Plaintiff documented his complaints of sexual harassment, racial discrimination and violations of FLSA in an email to human resources dated April 14, 2016.

**8. Was this complaint written or oral? (if written complaint, please attach a copy).**

**ANSWER:** See Answer to Interrogatory #7.

**9. What was your employer's response? (If a written response, please attach a copy).**

**ANSWER:** Plaintiff was terminated shortly after he made this complaint to Human Resources.


PEDRO GONZALEZ

STATE OF  FLORIDA

COUNTY OF  ORANGE

BEFORE ME the undersigned authority on this day, personally appeared PEDRO GONZALEZ who being first duly sworn, deposes and says that he has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me this  12  day of  JUNE  , 2018.

NOTARY PUBLIC

Signature of Person Taking Acknowledgement
Print Name: MICHAEL L. DONATO
Title: Notary Public
Commission Expires:  9.30.2020

Notary Stamp

MICHAEL L. DONATO
Notary Public - State of Florida
Commission # GG 000328
My Comm. Expires Sep 30, 2020

4

Respectfully submitted,

**WHITTEL & MELTON, LLC**
*/s/ Jay P. Lechner*
Jay P. Lechner, Esq.
Florida Bar No.: 0504351
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, Florida 33701
Telephone: (727) 822-1111
Facsimile: (727) 898-2001
Service Email:
Pleadings@theFLlawfirm.com
lechnerj@theFLlawfirm.com
rgerner@theFLlawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically served the foregoing document and the notice of electronic filing by electronic mail to the following CM/ECF participants: najohnson@littler.com; and kdoud@littler.com.

/s/ Jay P. Lechner
Jay P. Lechner, Esq.