UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PEDRO GONZALEZ and DANIELLE
HERSLEBS on behalf of
themselves and others similarly situated,

      Plaintiff,

v.                                 Case No.: 6:18-cv-504-PGB-GJK

CAR WASH HEADQUARTERS, INC.
d/b/a MISTER CARWASH, a Foreign
Profit Corporation and JEFFREY BURR,

      Defendants.
_____/

## JOINT NOTICE TO COURT OF FILING CORRECTED GONZALEZ FLSA SETTLEMENT AGREEMENT

Plaintiffs, Pedro Gonzalez ("Gonzalez") and Danielle Herslebs ("Herslebs"), along with Defendants Car Wash Headquarters, Inc. ("MCW") and Jeffrey Burr ("Burr"), in response to this Court's Order today referencing a scrivener's error still present in the settlement agreement attached to the parties' joint motion to approve the same (ECF #43), hereby give notice of jointly filing the corrected Gonzalez FLSA settlement agreement attached here to as Exhibit A correcting the scrivener's error on page 4 to their previously filed joint second motion to approve FLSA settlements and dismissal with prejudice (ECF #42).

      Respectfully submitted this 3rd day of December, 2018.

| | |
|---|---|
| /s/ Jay P. Lechner<br>Jay P. Lechner, Esquire<br>Florida Bar No.:  504351<br>Email: lechnerj@thefllawfirm.com<br><br><br>Whittel & Melton, LLC<br>One Progress Plaza<br>2001 Central Avenue, #400<br>St. Petersburg, FL  33701<br>Telephone: (727) 822-1111<br>Facsimile: (727) 898-2001<br><br><br><br>*Attorney for Plaintiff* | /s/ Nancy A. Johnson<br>Kimberly J. Doud, Esquire<br>Florida Bar No.: 0523771<br>Email: kdoud@littler.com<br><br>Nancy A. Johnson, Esquire<br>Florida Bar No.:  0597562<br>Email:  najohnson@littler.com<br><br>LITTLER MENDELSON, P.C.<br>111 North Magnolia Avenue<br>Suite 1250<br>Orlando, FL  32801-2366<br>Telephone: (407) 393-2951<br>Facsimile: (407) 393-2929<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I HEREBY certify that on the 3rd day of December, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:  Jay P. Lechner, Esq., Whittel & Melton, LLC, One progress Plaza, 2001 Central Avenue, #400, St. Petersburg, FL  33701, lechnerj@thefllawfirm.com.

 */s/ Nancy A. Johnson*
Nancy A. Johnson