**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PEDRO GONZALEZ and DANIELLE
HERSLEBS,

        Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case No: 6:18-cv-504-Orl-40GJK

CAR WASH HEADQUARTERS, INC.
and JEFFREY BURR,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Joint Renewed Motion to Approve FLSA Settlements and Dismissal with Prejudice (Doc. 46) filed on December 12, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to the Report and Recommendations (ECF 47) was timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed December 13, 2018 (Doc. 47), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Renewed Motion to Approve FLSA Settlements and Dismissal with Prejudice (Doc. 46) is **GRANTED**.

    3.    The case is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 17, 2018.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties